77,942-01,02

To: COURT OF CRIMINAL APPeals

On January 15, 2015 I received your letter. You said I was denied without a written order. I will like to know what date the denied card was send out. And where was it send.

Sincerely
Darrell Ray High

RECEIVED IN
COURT OF CRIMINAL APPEALS

2 0 2015

Abel Acosta, Clerk